# EXHIBIT B

Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Ste 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Varinder Sudhir

SUPERIOR COURT OF THE STATE OF CALIFORNIA

CONTRA COSTA COUNTY

| | |
|---|---|
| VARINDER SUDHIR,<br><br>    Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION,<br><br>    Defendant | Case No. MSC16-0100<br><br>**PLAINTIFF'S RESPONSES TO DEFENDANT PHH MORTGAGE CORPORATION'S SPECIAL INTERROGATORIES** |

PROPOUNDING PARTY:   Defendant      PHH MORTGAGE CORPORATION

RESPONDING PARTY:     Plaintiff        VARINDER SUDHIR

SET:                                    ONE

Plaintiff objects to each of these interrogatories to the extent that it calls for information which is protected by the attorney client privilege or the attorney work product privilege.

**SPECIAL INTERROGATORY NO. 1:**

State all facts in support of YOUR first cause of action against PHH based on violations of the California Consumer Credit Reporting Agencies Act.

**RESPONSE TO SPECIAL INTERROGATORY NO. 1**

Plaintiff Sudhir owns and rents houses to tenants as investments. The two houses involved in this civil action are encumbered by first deeds of trust held by defendant PHH. Both houses are located on Detroit Avenue in Concord, California. At all relevant times, plaintiff has paid the property taxes directly to the County on a timely basis and maintained and paid the fire

**SPECIAL INTERROGATORY NO. 13:**

With respect to each item identified in YOUR response to Special Interrogatory No. 12, state whether YOU contend that any action and/or inaction of PHH affected such application in any way.

**RESPONSE TO SPECIAL INTERROGATORY NO. 13**

Yes.

**SPECIAL INTERROGATORY NO. 14:**

If YOUR response to Special Interrogatory No. 13 is yes, state specifically what effect, if any, such action and/or inaction allegedly had, including but not limited to, a denial or adverse action, any increase or variance in the applicable interest rate (and the amount of such increase, if any), and any variance in any of the terms of the transaction.

**RESPONSE TO SPECIAL INTERROGATORY NO. 14**

See response to Interrogatory No.12.

**SPECIAL INTERROGATORY NO. 15:**

For each item or category of damages YOU claim to have suffered as a result of a violation by PHH of the California Consumer Credit Reporting Agencies Act, describe in detail the nature of the damages sought, including the amount, when the damages were suffered, and how the damages were calculated.

**RESPONSE TO SPECIAL INTERROGATORY NO. 15**

Plaintiff seeks the following actual damages

A. Damages for plaintiff's emotional distress in the amount of $2,000,000;

B. In 2015, plaintiff could have purchased the rental property located at 1611 Laguna, Concord, Ca for the price of $810,000. Due to PHH's inaccurate credit reporting, plaintiff was not able to purchase the property until May 29, 2016, and by that time the price had increased to $950,000 and the interest rate had increased ½%. Plaintiff claims the difference of $140,000 as part of his damages; and

C. Punitive damages of $5,000 for each month PHH reported plaintiff delinquent to the credit reporting agencies.

**SPECIAL INTERROGATORY NO. 16:**

IDENTIFY all DOCUMENTS that support YOUR response to Special Interrogatory No.

**RESPONSE TO SPECIAL INTERROGATORY NO. 16**

See response to Interrogatory No. 6.

**SPECIAL INTERROGATORY NO. 17:**

IDENTIFY all witnesses with knowledge of facts that support YOUR response to Special Interrogatory No 15.

**RESPONSE TO SPECIAL INTERROGATORY NO. 17**

Plaintiff and Michael Huppert

**SPECIAL INTERROGATORY NO. 18:**

Describe in detail any medical treatment YOU have received since January 1, 2015, including mental health or psychiatric treatment, advice or counseling of any type.

**RESPONSE TO SPECIAL INTERROGATORY NO. 18**

Plaintiff went to Kaiser Martinez several times for headaches and anxiety.

**SPECIAL INTERROGATORY NO. 19:**

IDENTIFY all medical providers for any treatment described in YOUR response to Special Interrogatory No. 18.

**RESPONSE TO SPECIAL INTERROGATORY NO. 19**

Kaiser, Martinez, CA

**SPECIAL INTERROGATORY NO. 20:**

Describe all legal proceedings YOU have been involved in, including whether it was civil, criminal, bankruptcy, divorce, or other proceedings, the name of the court, the case

**SPECIAL INTERROGATORY NO. 29:**

State the basis of YOUR contention, if YOU so contend, that the accounts in question in this case were in default at the time they were purchased by PHH.

**RESPONSE TO SPECIAL INTERROGATORY NO. 29**

Plaintiff is not making this contention.

**SPECIAL INTERROGATORY NO. 30:**

Have YOU ever defaulted on either of the two loans discussed in the COMPLAINT?

**RESPONSE TO SPECIAL INTERROGATORY NO. 30**

No.

Dated: September 23, 2016        ANDERSON, OGILVIE & BREWER LLP

By _____
Mark F. Anderson
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I am a member of the State Bar of California and not a party to this action. My business address is 235 Montgomery Street, Suite 914, San Francisco, CA 94104. I am "readily familiar" with my business' practice for collection and processing for mailing with the United States Postal Service. Pursuant to such business practice, on this date, I served the within

PLAINTIFF'S RESPONSES TO DEFENDANT PHH MORTGAGE CORPORATION'S SPECIAL INTEROGATORIES

by placing a true copy thereof in an envelope for collection and mailing following ordinary business practices. Such envelope will be sealed and deposited with the United States Postal Service on this date in the ordinary course of business, with postage fully prepaid, at San Francisco, CA. addressed as follows:

Paul A. Grammatico
Katten Muchin Roseman LLP
515 South Flower Street, Suite 1000
Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 23, 2016        _____
Mark F. Anderson

I AM THE PLAINTIFF IN THE MATTER OF *SUDHIR V PHH MORTGAGE*. I HAVE READ THE RESPONSES TO DEFENDANT PHH MORTGAGE'S SPECIAL INTERROGATORIES, SET 1, AND KNOW ITS CONTENTS. THE MATTERS STATED THEREIN ARE TRUE OF MY PERSONAL KNOWLEDGE, EXCEPT AS TO THOSE MATTERS I STATE ON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

Dated: September 24, 2016.          _____