Mark F. Anderson (SBN 44787)
**ANDERSON, OGILVIE & BREWER LLP**
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Phone: (415) 651-1951
Fax: (415) 500-8300
mark@aoblawyers.com

Attorney for Plaintiff Varinder Sudhir

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARINDER SUDHIR,<br><br>    Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION,<br><br>    Defendant. | Case No. 3:16-cv-06088-WHA<br><br>~~STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE HIS FIRST AMENDED AND SUPPLEMENTAL COMPLAINT AND (proposed)~~ ORDER |

IT IS HEREBY STIPULATED by and between plaintiff Varinder Sudhir and Defendant PHH Mortgage Corporation and through their respective counsel of record that plaintiff may have leave to file his First Amended and Supplemental Complaint, a copy of which is attached as Exhibit "A."

Dated:  January 25, 2017              **KATTEN MUCHIN ROSENMAN LLP**

                                      By:    /s/ *Paul A. Grammatico*
                                      Attorneys for Defendant, PHH Mortgage
                                      Corporation

Dated:  January 25, 2017        **ANDERSON, OGILVIE & BREWER**

By:    /s/ *Mark F. Anderson*
Attorney for Plaintiff Varinder Sudhir

### ORDER

Based upon the stipulation of the parties & for good cause shown, plaintiff is granted leave to file his First Amended and Supplemental Complaint.

Dated: January 27, 2017.

_____
U.S. District Court Judge