Mark F. Anderson (SBN 44787)
**ANDERSON, OGILVIE & BREWER LLP**
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Phone: (415) 651-1951
mark@aoblawyers.com

Attorney for Plaintiff Varinder Sudhir

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARINDER SUDHIR,<br><br>  Plaintiff,<br><br>  v.<br><br>PHH MORTGAGE CORPORATION,<br><br>  Defendant. | Case No. 3:16-cv-06088-WHA<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between plaintiff Varinder Sudhir and Defendant PHH Mortgage Corporation and through their respective counsel of record that all matters herein between them have been compromised and settled, and that plaintiff's cause against PHH Mortgage Corporation shall be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Fed. Rule of Civ. Proc. § 41(a)(1)(ii).

Dated: August 25, 2017        GOODWIN PROCTOR LLP

By: /s/ Matthew S. Sheldon (pro hac vice)
Attorneys for Defendant, PHH Mortgage Corporation

1
2
3   Dated:  August 25, 2017              ANDERSON, OGILVIE & BREWER
4
5                                        By:     /s/ Mark F. Anderson
                                         Attorney for Plaintiff Varinder Sudhir
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2